| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:03CR36-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** 2006 MAY 25 AM 11: 43 | | DOCKET NUMBER *(Rec. Court)* CR06-5000-PHX-MHM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE JIMMIE ALEXANDER HARRIS 230 N. Ave Phoenix, AZ 85003 | DISTRICT STEPHEN R. LUDWIG, CLERK U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA | DIVISION SOUTH BEND |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE ALLEN SHARP | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/03/2004 — TO 06/02/2007 |

**OFFENSE**

KNOWINGLY and INTENTIONALLY AIDING & ABETTING the DISTRIBUTION of MARIJUANA 21:841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF INDIANA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT of PHOENIX, AZ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/17/2006_     S/ ALLEN SHARP, J.
Date     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT of PHOENIX, AZ

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-12-06_
Effective Date     United States District Judge